LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 796-4560
 Facsimile: (909) 796-3402
 E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PETER LUCIER, | No. EDCV 12-0307 RNB |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($2,900.00) subject to the terms of the stipulation.

DATE: March 05, 2013    _____

HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

-1-